UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THE MARCUS CORPORATION,
on behalf of itself and all similarly situated
persons,

                    Plaintiffs,

     -against-

AMERICAN EXPRESS COMPANY and
AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC.,

                    Defendants.
------------------------------------------------------------x

ORDER
04 CV 5432 (GBD)

GEORGE B. DANIELS, District Judge:

        Plaintiffs' motion for class certification is denied without prejudice to renew, upon resolution of the pending summary judgment motion.

        If summary judgment is denied, the parties may supplement their submissions with regard to the impact, if any, the recent Second Circuit Court of Appeals' ruling, in In re American Express Merchants' Litigation, 554 F.3d 300 (2d Cir. 2009), has on the issue of class certification.

Dated: New York, New York
         March 30, 2009

                                            SO ORDERED:

                                            */s/ George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge